UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV849 RWS |
| | ) |
| CITY OF WEBSTER GROVES, | ) |
| MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

After careful consideration in light of the standards governing amendment of pleadings and the newly-filed status of this case, I find that the interests of justice require me to grant plaintiff's motion to amend his complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's first motion to amend the complaint [#16] is granted, and plaintiff's amended complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the first motion to dismiss [#10] and the amended motion to dismiss [#13] the complaint are denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2007.